**Bruce W. Brewer**, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
Phone: 360-688-0458
Fax: 503-405-7373
Attorney for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JAY KNOPSNYDER,** | Civil Case No. 6:13-cv-00988-HZ |
| Plaintiff, | ORDER (EAJA FEES) |
| vs. | |
| **COMMISSIONER,** of Social Security Administration, Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $3,534.67 is awarded to Plaintiff. It is further ordered that the aforementioned attorney fee will be paid to Plaintiff's attorney, contingent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010).

1 - ORDER FOR EAJA FEES

If Plaintiff has no such debt then the check shall be made payable to Bruce Brewer and sent to PO Box 421, West Linn, OR 97068, his business address. If Plaintiff has such debt then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above. There are no costs or expenses to be paid herein.

DATED this 9 day of September, 2014.

*Marco Hernandez*
The Honorable Marco A. Hernandez
United States District Court Judge

Submitted by:

Bruce W. Brewer, OSB No. 925581
360-688-0458, Attorney for Plaintiff

2 - ORDER FOR EAJA FEES